# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Humphreys, Marsha J | Case Number:  04 B 04388 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/15/08 | Filed:  2/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 8, 2008
Confirmed: March 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,020.00 | |
| Secured: | | 11,795.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 724.34 |
| Other Funds: | | 0.02 |
| Totals: | 14,020.00 | 14,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | MGM Law Offices | Administrative | 1,500.00 | 1,500.00 |
| 2. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 4,109.46 | 45.29 |
| 4. | Citizens Financial Services | Secured | 12,069.52 | 11,750.35 |
| 5. | Internal Revenue Service | Priority | 1,730.16 | 0.00 |
| 6. | Capital One | Unsecured | 159.10 | 0.00 |
| 7. | Capital One | Unsecured | 134.04 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 273.28 | 0.00 |
| 9. | AT&T Wireless | Unsecured | | No Claim Filed |
| 10. | American Family Insurance | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | Chicago Tribune | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Alverno Clinical Labs | Unsecured | | No Claim Filed |
| 15. | Olympia Fields | Unsecured | | No Claim Filed |
| 16. | Doubleday Book Club | Unsecured | | No Claim Filed |
| 17. | NSA | Unsecured | | No Claim Filed |
| 18. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 19. | Reader's Digest | Unsecured | | No Claim Filed |
| 20. | RMCB | Unsecured | | No Claim Filed |
| 21. | Sprint | Unsecured | | No Claim Filed |
| 22. | Scotts Lawn Servicing South | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,975.56 | $ 13,295.64 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Humphreys, Marsha J | Case Number:  04 B 04388 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/15/08 | Filed:  2/5/04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 79.80 |
| 4% | 39.98 |
| 6.5% | 218.50 |
| 3% | 34.20 |
| 5.5% | 188.10 |
| 5% | 38.00 |
| 4.8% | 125.76 |
| | _____ |
| | $ 724.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

